### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JASON ST. JAMES PRICE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) Case No. 07-1354-MLB <br> CITY OF WICHITA, KANSAS; COUNTY OF ) <br> SEDGWICK, KANSAS; JOHN HOOFER; ) <br> JEFFREY GILMORE; DALLAS BOONE; ) <br> LATAVIA KLUMPP; CAYLE EURTON; ) <br> CURTIS JONES; and CONMED, INC., ) <br> a Kansas Corporation, ) <br> ) <br> Defendants. ) <br> ) | |

### **AGREED PROTECTIVE ORDER**

NOW, on this 5th day of August, 2008, the Court hereby enters a protective order pursuant to Fed. R. Civ. P. 26(c).  This case presents a claim regarding the treatment of plaintiff during his arrest, incarceration and the medical care received while he was incarcerated which may lead to the discovery of jail records maintained by the defendant which relate to non-parties, medical records, and personnel files of defendants and/or employees of defendants.  On joint oral motion of the parties and for good cause shown, the Court orders that any such documents produced or disclosed during this litigation shall be used only for purposes of this lawsuit.

The Court further orders:

1. That access to said jail records of plaintiff or any other inmate, medical records, personnel records of any defendant or employee of any defendant and any other document agreed upon by the parties prior to production of said document (hereafter "confidential documents") obtained under this Protective Order shall be limited to the

parties, their counsel, clerical and staff persons employed by counsel, court reporters (if necessary), expert witnesses, and the Court;

  2. That their use shall be restricted to pretrial, trial, and appellate proceedings in this case;

  3. That within thirty (30) days after the conclusion of this litigation, all copies of the confidential documents produced under this Protective Order shall either be destroyed or returned to the appropriate counsel.

  IT IS SO ORDERED.

                 s/   DONALD W. BOSTWICK
                DONALD W. BOSTWICK,
                UNITED STATES MAGISTRATE JUDGE

APPROVED:

s/ Edward L. Keeley
Edward L. Keeley, #09771
Richard W. James, #19822
*Attorneys for Defendants Sedgwick County,*
*Cayle Eurton and Curtis Jones*
MCDONALD, TINKER,
SKAER, QUINN & HERRINGTON, P.A.
P.O. Box 207
Wichita, KS 67201-0207
Phone: (316) 263-5851
E-mail: ekeeley@mtsqh.com
   rjames@mtsqh.com


s/ James A. Thompson
James A. Thompson, #21263
*Attorney for Plaintiff*
MALONE, DWIRE, JONES & THOMPSON, LLC
P.O. Box 2082
Wichita, Kansas   67201
Phone: (316) 265-4248
Email: jatmdj@swbell.net

s/ Jay C. Hinkel
Jay C. Hinkel, #11054
*Attorney for Defendants City of Wichita,*
*John Hoofer, Jeffrey Gilmore,*
*Dallas Boone and Latavia Klumpp*
CITY OF WICHITA - LAW DEPARTMENT
455 North Main Street, 13th Floor
Wichita, Kansas   67202
Phone: (316) 268-4681
Email: jhinkel@wichita.gov


s/ Tracie R. England
Tracie R. England, #20297
*Attorney for Defendant Conmed, Inc.*
HITE, FANNING & HONEYMAN, L.L.P.
100 North Broadway, Suite 950
Wichita, Kansas   67202
Phone: (316) 265-7741
Email: england@hitefanning.com